UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    18-Cr-627 (SHS)

    -v-                                                                ORDER

JORGE ROJAS,

                    Defendant(s).
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A teleconference having been held today regarding defendant's motion for compassionate release,

     IT IS HEREBY ORDERED that:

     1.    The parties shall submit all appropriate medical information to the Court expeditiously;

     2.    The BOP is directed to render a decision on defendant's motion on or before April 16, 2020; and

     3.    A teleconference is scheduled for April 17, 2020, at 12:00 p.m.

Dated: New York, New York
       April 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.