UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,              18-Cr-627 (SHS)

     -v-                                    ORDER

JORGE ROJAS,

          Defendant(s).
-----------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the government's request to file the defendant's medical records under seal [Doc. No. 46] is granted.

Dated: New York, New York
       April 15, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.